File Copy E-filing

| PROB 22 (Rev. 2/88) | DOCKET NUMBERS *(Tran. Court)* 03-00297-001 |
|---|---|
| **TRANSFER OF JURISDICTION** | |

CR07-0778 DLJ

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT WESTERN DISTRICT OF PENNSYLVANIA | DIVISION PROBATION OFFICE |
|---|---|---|
| Ms. Marlowe West | NAME OF SENTENCING JUDGE The Honorable Gustave Diamond | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 05-30-07 |

FILED
DEC - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE**
Bank Fraud, 18 U.S.C. § 1344

**PART 1 - ORDER TRANSFERRING JURISDICTION**



  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| August 21, 2006 | /s/ Gustave Diamond |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Dec 4, 2007 | |
|---|---|
| *Effective Date* | *United States District Judge* |