# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**FILED**
DEC 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### Request for Modifying the Conditions or Term of Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Marlowe West | Docket No.: | CR 07-00778 DLJ-01 |

Name of Sentencing Judge:   Gustave Diamond
United States District Judge

Date of Original Sentence:   January 20, 2005

Original Offense:
Count 2: Bank Fraud, 18 U.S.C. § 1344, a Class B Felony

Original Sentence:
Special Conditions: Home confinement with electronic monitoring 5 months; drug/alcohol treatment; access to financial information; no new lines of credit or debt; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons

Prior Form(s) 12:
On August 21, 2007, the Court in the Western District of Pennsylvania amended the offender's conditions of supervision to include five months home confinement with electronic monitoring pursuant to a waiver signed by Ms. West. On May 30, 2007, the offender released to supervision at her mother's residence in Oakland, California.

On December 4, 2007, jurisdiction was transferred to the Northern District of California.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 30, 2007
Assistant U.S. Attorney: Unassigned                    Defense Counsel: Unassigned

### Petitioning the Court

To order Ms. West be allowed to release from the electronic monitoring program at the discretion of the probation officer.

NDC-SUPV-FORM 12B(1)  03/23/05

Marlowe West                                                                                           Page 2
CR-03-00297-03
CR-07-778-DLJ

## Cause

Ms. West was enrolled in the Home Confinement with Electronic Monitoring Program on August 21, 2007. The offender is currently in compliance with the conditions of her supervision. She has been working since her release from the Bureau of Prisons, and she has submitted random urine tests without incident. Home visits have been conducted and no problems have been observed.

As Ms. West has performed satisfactorily in the program for over three months, it is requested that the offender be allowed to be released from home confinement at the discretion of the United States Probation Officer. It is anticipated that Ms. West would be terminated from Electronic Monitoring within the next week.

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:       9549 Castlewood Street
                           Oakland, CA  94605

Respectfully submitted,                          Reviewed by:

_____                  _____
Mark Unalp                                       Robert E. Tenney
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Date Signed:  December 10, 2007

___

THE COURT ORDERS:
☑ The defendant is allowed to release from the electronic monitoring program at the discretion of the probation officer.
☐ Other:


_12-12-07_____          _____
Date                                       D. Lowell Jensen
                                           Senior United States District Judge